

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-14-2005

# Al-Fara v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 02-4580

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Al-Fara v. Atty Gen USA" (2005). *2005 Decisions.* Paper 1278.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1278

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

March 4, 2005

**No.** 02-4580

RE:  SAID HUSNI AL-FARA and BAHYA SAFI, Petitioners

v.

ALBERTO GONZALES, ATTORNEY GENERAL
OF THE UNITED STATES*, Respondent

*Caption amended pursuant to Rule 43(c), Fed. R. App. P.

(INS Agency Nos. A73 623 415 & A73 623 416 )

PRESENT:  RENDELL and COWEN,  Circuit Judges and SCHWARZER*, District Judge

Motion by Respondent for Publication of this Court's Opinion.

Carolyn Hicks, Case Manager
267-299-4926

 *Honorable William W. Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

**O R D E R**

**The foregoing** motion for publication is granted.  The Not Precedential Opinion filed on February 14, 2005 is hereby vacated.  Simultaneously with the filing of this Order the Court is also filing the Precedential Opinion.

**By the Court,**

 /s/ Robert E. Cowen
**Circuit Judge**

**Dated: April 14, 2005**

**CH/cc: Tahani Salama, Esq.**
**Anthony W. Norwood, Esq.**